# UNITED STATES DISTRICT COURT

for the

District of Alaska

_____ Division



RECEIVED

NOV 1 3 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

|  |  |  |
|---|---|---|
| CECIL TALTON | ) | Case No. 3:25-cv-00321-SLG |
|  | ) | *(to be filled in by the Clerk's Office)* |
|  | ) |  |
| | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| **-v-** | ) | |
| CITY OF WASILLA | ) | |
| *Jesse Griffiths* | ) | |
|  | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | CECIL TALTON |
| Address | 1201 S CENTURY CIR. APT C-6 |

| | | |
|---|---|---|
| WASILLA | AK | 99654 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MAT-SU BOROUGH |
| Telephone Number | (907) 231-4039 |
| E-Mail Address | cecildtalton@yahoo.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF WASILLA |
| Job or Title *(if known)* | ATTN: CITY CLERK AND CITY ATTY |
| Address | 290 E. HERNING AVENUE |

| | | |
|---|---|---|
| WASILLA | AK | 99654 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MAT-SU BOROUGH |
| Telephone Number | (907) 373-9050 |
| E-Mail Address *(if known)* | info@cityofwasilla.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jesse Griffiths |
| Job or Title *(if known)* | Maintenance Supervisor, Buildings & Parks |
| Address | 290 E. HERNING AVENUE |

| | | |
|---|---|---|
| Wasilla | AK | 99654 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

                                         *City*             *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                                         *City*             *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am suing under 42 U.S.C. § 1983 for violations of my rights under the First and Fourteenth. City employees and/or police officers acting under color of state law have violated my First Amendment rights to free speech, to peaceably assemble, and to access and use public property that functions as a traditional public forum, by imposing and enforcing a broad ban on my presence on City of Wasilla property without any lawful basis. ⊞

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

At all times relevant to this complaint, the City of Wasilla acted under color of state and local law through its employees, officers, and policymakers, including those who issued, recorded, and enforced the trespass and ban against me, using authority granted by Alaska statutes, municipal ordinances, and City policies. Defendant Jesse Griffiths was, at all times relevant, an employee of the City of Wasilla, working in a City position related to Public Works or City property.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

See Attached page.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

On or about June 11, 2025. 10:30am

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On or about June 11, 2025, I was on public property within the City of Wasilla, Alaska. I was not causing a disturbance, damaging property, or threatening anyone. While I was there, City employee Jesse Griffiths approached me in his capacity as a City of Wasilla worker. He was on duty, on City time, and using City equipment. Mr. Griffiths began verbally accosting at me about talking to his employees aprox 20min prior. After this incident, however, I understood that City employees and police officers considered me "trespassed" from City property and that if I tried to go to normal public places in Wasilla, like sidewalks or municipal buildings, I risked being confronted, removed, or arrested. I was told I was life-time banned from all city property. After I sent a letter to the Wasilla Mayor, this record was changed to reflect a one-year ban instead of a lifetime ban. I was never notified when these bans were created, changed, or recorded in the City's system. No one from the City contacted me beforehand, no one asked me for my side of the story, and no one offered me any kind of hearing, meeting, or appeal process to challenge these bans.

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have had to seek medical help for stress. My doctor has had to prescribe medication to control anxiety that has been caused by the City of Wasilla and its employees.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declare that the defendants violated my rights under the United States Constitution by imposing and enforcing a ban on my access to City of Wasilla property without fair notice or a meaningful opportunity to be heard. Order the defendants to rescind, remove, and permanently expunge any trespass, ban, or similar entries in City records that state or imply that I am barred from City of Wasilla property, and to provide written confirmation to me that these records have been corrected. Enter an injunction prohibiting the defendants from enforcing any trespass ban or restriction against me that was issued without proper notice, an opportunity to contest the ban, and a fair procedure, and requiring that any future restrictions on my access to public property comply with the Constitution. Award me compensatory damages for emotional distress, humiliation, loss of access to public property and services, interference with my freedom of movement, and other harms I have suffered as a result of the defendants' actions, in an amount to be determined by the Court or a jury. Award punitive damages against the individual defendants to deter similar misconduct in the future, in an amount to be determined by the Court or a jury. Award my costs of this action and any other relief the Court deems just and proper.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  11/13/2025

Signature of Plaintiff  _Cecil D Talton_

Printed Name of Plaintiff  Cecil Talton

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_____ _____ _____
City          State    Zip Code

Telephone Number

E-mail Address

# III. Statement of Claim continued

Claim One – Citywide Ban From Public Property Imposed Without Notice or Hearing. On or about June 11, 2025, I was present on public property within the City of Wasilla, Alaska. While I was there, City of Wasilla employees, including at least one City Public Works employee or crew chief (Jesse Griffiths) verbally accosted me while I was feeding ducks at the lake. He did not tell me what specific conduct I had supposedly done wrong. He told me I was not to tell his work crew what to do. My response was I didn't tell his crew to do jack shit. His response was to tell me I was not to talk at him that way, my response was "fuuuuuck yooooou, who in the hell do you think you are? I will use my freedom of speech in any way I damn well please, and if you don't like it, get in your fucking truck and leave. He just stood there looking at me, and I yelled one last time "leave, you are harassing me!". After that date, on June 19th, 2025, one block from my home, I noticed two vehicles on the walking path, a white vehicle that was a Wasilla code enforcement vehicle and a police vehicle. I attempted to avoid the vehicles by walking around them. At this time both drivers exited their vehicles, both made a direct path towards me, with the police officer trailing behind the code enforcement officer. The code enforcement officer approached me, called me by name, and stated I was banned from all city property for one year, the code enforcement officer then turned to the police officer and said "it's one year right?". The police officer stated "one min, I will check" and got on his phone, and after a couple min, he stated to the code enforcement officer "he has been banned for life, and if caught on city property, he will be arrested." Both officers then left, and I told them they were "jack booted assholes".