Richard R. Moses
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
rmoses@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorney for Defendant City of Wasilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CECIL TALTON,<br><br>  Plaintiff,<br><br> v.<br><br>CITY OF WASILLA and JESSE GRIFFITHS,<br><br>  Defendants. | Case No. 3:25-cv-00321-SLG |

## ANSWER TO COMPLAINT

Defendants City of Wasilla and Jesse Griffiths (collectively referred to herein as "Wasilla") hereby answer Plaintiff's complaint as follows:

### I. PARTIES

A. Admit that Cecil Talton is the Plaintiff.

B. Admit that the City of Wasilla and Jesse Griffiths are both defendants in their official capacities.

### II. BASIS FOR JURISDICTION

A. Admit that the Court has jurisdiction over the allegations in the complaint under and pursuant to 42 USC § 1983.

B. Deny.

C. This paragraph does not contain a factual allegation to which a response is required. To the extent, however, that a response is required, the same is denied.

D. Wasilla admits that Defendant Jesse Griffiths was an employee of the City of Wasilla Department of Public works at times relevant to the instant complaint. Wasilla denies all other factual allegations in the paragraph.

### III. STATEMENT OF CLAIM

A. Wasilla admits that Plaintiff was present on public property in Wasilla on or about June 11, 2025. Wasilla admits that Plaintiff engaged in a conversation with at least one employee of the City of Wasilla on or about June 11, 2025. Wasilla denies that any City of Wasilla employee publicly accosted Plaintiff. Wasilla admits that at least one City of Wasilla employee orally advised Plaintiff that he was trespassed from city-owned property on or about June 19, 2025. Wasilla admits that Plaintiff was advised that he was trespassed from city-owned property for one year. Wasilla denies that Plaintiff was actually trespassed from city-owned property because he has attended at least one City Council meeting, held on city-owned property, without incident. To the extent that there are any additional factual allegations in the paragraph, they are denied.

B. Admit.

C. Wasilla admits that Plaintiff was present on public property in Wasilla on or about June 11, 2025. Wasilla admits that Plaintiff engaged in a conversation with at least one employee of the City of Wasilla on or about June 11, 2025. Wasilla denies that any City of Wasilla employee publicly accosted Plaintiff. Wasilla admits that at least one City of Wasilla employee orally advised Plaintiff that he was trespassed from city-owned property on or about June 19, 2025. Wasilla admits that Plaintiff was advised that the period of trespass was for one year. Wasilla denies that Plaintiff was actually trespassed from city-owned property because he has attended at least one City Council meeting, held on city-owned property, without incident. To the extent that there are any additional factual allegations in the paragraph, they are denied.

## IV.     INJURIES

Wasilla lacks information sufficient to form a belief as to the truth of the allegation. Accordingly, the same is denied.

## V.     AFFIRMATIVE DEFENSES

1. Immunity.

2. Lack of constitutional violation.

3. Lack of causation.

4. Lack of damages.

5. Wasilla reserves the right to assert additional affirmative defenses.

## VI. PRAYER FOR RELIEF

1. That Plaintiff's complaint be dismissed with prejudice.

2. That the Court award Defendants their full attorneys' fees and costs.

3. That the Court award such other relief as deemed appropriate.

DATED this 4th day of December, 2025.

BIRCH HORTON BITTNER & CHEROT
Attorney for Defendant City of Wasilla

By: /s/ Richard R. Moses
Richard R. Moses, ABA #1311096

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of December 2025, a true and correct copy of the foregoing document was served by the ECF System on all parties registered to receive electronic notices.

BIRCH HORTON BITTNER & CHEROT

By: /s/ Ashley Mckenzie