Richard R. Moses
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
rmoses@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorney for Defendant City of Wasilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CECIL TALTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WASILLA and JESSE GRIFFITHS,<br><br>    Defendants. | Case No. 3:25-cv-00321-SLG |

## NOTICE OF SETTLEMENT

Defendants City of Wasilla and Jesse Griffiths (collectively referred to herein as "Wasilla"), by and through undersigned counsel of record, hereby gives the Court notice that it has reached a settlement with Plaintiff Cecil Talton. The Parties expect to file a stipulation to dismiss prejudice or a status report to update the Court on the status of the dismissal within two weeks, by Friday, January 23, 2026.

TALTON V. WASILLA
NOTICE OF SETTLEMENT
505780\261\2045835

CASE NO. 3:25-CV-00321-SLG
PAGE 1 OF 2

Case 3:25-cv-00321-SLG     Document 10     Filed 01/09/26     Page 1 of 2

DATED this 9th day of January, 2026.

                      BIRCH HORTON BITTNER & CHEROT
                      Attorney for Defendant City of Wasilla

                By: */s/ Richard R. Moses*
                     Richard R. Moses, ABA #1311096

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of January 2026, a true and correct copy of the foregoing document was served by the ECF System on all parties registered to receive electronic notices.

BIRCH HORTON BITTNER & CHEROT

By: /s/ Ashley Mckenzie

TALTON V. WASILLA                                   CASE NO. 3:25-CV-00321-SLG
NOTICE OF SETTLEMENT                            PAGE 2 OF 2
505780\261\2045835

Case 3:25-cv-00321-SLG    Document 10    Filed 01/09/26    Page 2 of 2